PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Patricia Montgomery                                        Cr.: 04-00307-001

Name of Sentencing Judicial Officer: Honorable Ursula Ungaro-Benages SD/FL, Jurisdiction transferred to the Honorable John W. Bissell on April 30, 2004, and case assigned to the Honorable Faith S. Hochberg on August 26, 2005.

Date of Original Sentence: 11/10/05

Original Offense: Importation of Cocaine

Original Sentence: 63 months imprisonment, 4 years supervised release, Drug Testing, and $100 Special Assessment. On May 21, 2004, the offender's conditions were modified to include Drug Treatment. On November 10, 2005, the offender appeared before the Honorable Faith S. Hochberg on a Violation of Supervised Release and was continued on Supervised Release and ordered to attend drug treatment until TSR expires.

Type of Supervision: TSR                                       Date Supervision Commenced: 12/18/03

Assistant U.S. Attorney: Andrew Carey                          Defense Attorney: Donald McCauley, AFPD

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender has failed to submit monthly supervision reports since August 2004. |

PROB 12C - Page 2
Patricia Montgomery

2     The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

On November 10, 2005, the offender appeared before the Honorable Faith S. Hochberg, on a Violation of Supervised Release and was continued on Supervised Release and ordered to attend Drug Treatment until supervision expires. The offender was instructed by the probation department to attend outpatient drug treatment at St. Michaels in Newark, New Jersey; however she has failed to attend to date.

This writer verified with Bill Ford, counselor at St. Michaels on February 14, 2006, that Montgomery failed to report for a scheduled session on December 7 2005. Montgomery has not reported or contacted him as instructed, since the violation hearing on November 10, 2005.

3     The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender failed to report to the U.S. Probation Office as directed on December 6, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

By: Jaclyn T. Coe
U.S. Probation Officer
Date: 02/17/06

---

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: .
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

3/14/06
Date