PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Patricia Montgomery							Cr.: 04-00307-001

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg

Date of Original Sentence: 11/10/99

Original Offense: Importation of Cocaine, 21 U.S.C. 952(a)

Original Sentence: 63 months imprisonment; 4 years supervised release

Type of Supervision: Supervised Release					Date Supervision Commenced: 12/18/03

Assistant U.S. Attorney: Brian Fraser						Defense Attorney: Don McCauley

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'** |
|   | Offender sentenced before Your Honor on November 10, 1995, for a violation of supervised release, at which time her term of supervised release was continued with a special condition that she remain in drug treatment until expiration on December 17, 2007. On March 14, 2006, Your Honor issued a summons for the offender due to her continued non-compliance and failure to attend drug treatment. As of this writing, the offender has not made any efforts to contact the U.S. Probation Office and her current whereabouts are unknown. Numerous attempts to contact her have been unsuccessful. |

2     The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

On November 10, 2005, the offender appeared before the Honorable Faith S. Hochberg for a violation of supervised release and was instructed to attend drug treatment until the expiration of her supervised release. On November 29, 2005, the offender was instructed by the U.S. Probation Office to attend outpatient drug treatment at St. Michael's in Newark, New Jersey; however, to date she has failed to attend a single treatment session.

The undersigned officer contacted Bill Ford, counselor at St. Michael's on February 14, 2006, and confirmed the offender has not reported for treatment or contacted him as instructed at the violation hearing on November 10, 2005.

3     The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender has failed to submit monthly supervision reports since August 2004.

I declare under penalty of perjury that the foregoing is true and correct.

By: Elizabeth Villa
U.S. Probation Officer
Date: 07/25/06

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

8/4/06
Date